1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA 94612
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625

5  Attorneys for Plaintiff
   DEANNA L. FREITAG

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  DEANNA L. FREITAG,                    NO. C00-2278 TEH

12            Plaintiff,          )      **ASSOCIATION OF COUNSEL**
    v.                            )
13                                )
    CALIFORNIA   DEPARTMENT   OF  )
14  CORRECTIONS, ROBERT J. AYERS, JR.,)
    TERESA SCHWARTZ, in their individual )
15  capacities, and DOES 1 through 15 inclusive, )
                                  )
16            Defendants.         )

17

18

19  **TO:    DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

20        I, PAMELA Y. PRICE, the attorney of record for Plaintiff DEANNA L. FREITAG

21  in the above-entitled action, hereby associate Attorney CHARLES STEPHEN RALSTON as co-

22  counsel on behalf of the Plaintiff. Copies of all pleadings and correspondence relating to the above-

    entitled action should be sent directly to Mr. Ralston, as well as myself.

23        Mr. Ralston's address and telephone number are as follows:

24        2421 Valley St
25        Berkeley, CA 94702

26        (510) 540-9683

27  Dated: January 5, 2007

28                              _____
                                PAMELA Y. PRICE

1

2   Dated: January 5, 2007

3

4                    **IT IS SO ORDERED.**

5   Dated: January 9, 2007

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



CHARLES STEPHEN RALSTON

HON. THELTON E. HENDERSON
JUDGE OF THE U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson

1109.02P205