PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
DEANNA L. FREITAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA L. FREITAG, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS, ROBERT J. AYERS, JR., TERESA SCHWARTZ, in their individual capacities, and DOES 1 through 15 inclusive, <br><br> Defendants. | NO. C00-2278 TEH <br><br> **ASSOCIATION OF COUNSEL** |

TO:   DEFENDANTS AND THEIR ATTORNEY OF RECORD:

I, PAMELA Y. PRICE, the attorney of record for Plaintiff DEANNA L. FREITAG in the above-entitled action, hereby associate Attorney CHARLES STEPHEN RALSTON as co-counsel on behalf of the Plaintiff. Copies of all pleadings and correspondence relating to the above-entitled action should be sent directly to Mr. Ralston, as well as myself.

Mr. Ralston's address and telephone number are as follows:

2421 Valley St
Berkeley, CA 94702
(510) 540-9683

Dated: January 5, 2007

_/s/ Pamela Y. Price_
PAMELA Y. PRICE

-1-
ASSOCIATION OF COUNSEL (C00-2278 TEH)

1
2  Dated: January 5, 2007

_____
CHARLES STEPHEN RALSTON

**IT IS SO ORDERED.**

Dated: January 9, 2007

_____
HON. THELTON E. HENDERSON
JUDGE OF THE U.S. DISTRICT COURT

[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]