EDMUND G. BROWN JR.
Attorney General of the State of California
JACOB A. APPELSMITH
Senior Assistant Attorney General
RICHARD L. MANFORD, State Bar No. 51092
Deputy Attorney General
KATHRYN ALLEN, State Bar No. 137685
Deputy Attorney General
LYN HARLAN, State Bar No. 171471
Deputy Attorney General
VINCENT J. SCALLY, State Bar No. 58223
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5468
 Fax:  (916) 324-5567
 Email:  Vincent.Scally@doj.ca.gov
Attorneys for Defendants California Department of
Corrections and Rehabilitation, Robert J. Ayers, Jr.,
and Teresa Schwartz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **DEANNA L. FREITAG,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.,**<br><br>Defendants. | C-00-2278 TEH<br><br>**ASSOCIATION OF COUNSEL FOR DEFENDANTS**<br><br>Judge:  Thelton E. Henderson |

**TO THE HONORABLE THELTON E. HENDERSON, JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, TO PLAINTIFF DEANNA L. FREITAG, AND TO HER ATTORNEYS OF RECORD:**

       **PLEASE TAKE NOTICE** that Supervising Deputy Attorney General Vincent J.

Scally is hereby associated as a counsel of record for defendants in the above-captioned matter.

//

//

Association of Counsel for Defendants        Freitag v. CDC, et al.
C-00-2278 TEH

1

1    Dated:  March 7, 2007

2                      Respectfully submitted,

3                      EDMUND G. BROWN JR.
                       Attorney General of the State of California

4                      JACOB A. APPELSMITH
                       Senior Assistant Attorney General

5                      RICHARD L. MANFORD
6                      Deputy Attorney General

7                      KATHRYN ALLEN
                       Deputy Attorney General

8                      LYN HARLAN
                       Deputy Attorney General

9                      /s/ Vincent J. Scally

10                     VINCENT J. SCALLY
11                     Supervising Deputy Attorney General
                       Attorneys for Defendants CDCR, R. Ayers, and T. Schwartz

12

13
     10324622.wpd
14   SA2000CV1993

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Thelton E. Henderson

03/12/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Association of Counsel for Defendants                                    Freitag v. CDC, et al.
                                                                        C-00-2278 TEH

2