IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANNA L. FREITAG,

          Plaintiff,

          v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

          Defendants.

NO. C00-2278 TEH

ORDER SETTING CASE MANAGEMENT CONFERENCE

The Court is in receipt of Plaintiff's reply brief on her motion for an award of interim attorney's fees and costs and Defendants' partial objection thereto. The Court agrees with Defendants that a case management conference is the appropriate mechanism for managing this case on remand. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall <u>not</u> file the contemplated motion described in her reply brief.

2. The Court shall conduct a case management conference following the motion hearing on **April 16, 2007, at 10:00 AM.**

3. The parties shall meet and confer and file a joint case management statement on or before **April 10, 2007.**

**IT IS SO ORDERED.**

Dated: 04/03/07

                                                  THELTON E. HENDERSON, JUDGE
                                                  UNITED STATES DISTRICT COURT