PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional law Corporation
1611 Telegraph Avenue, Ste. 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

CHARLES STEPHEN RALSTON, ESQ. (STATE BAR NO. 34111)
Attorney at Law
2421 Valley Street
Berkeley, CA 94702
Telephone: (510) 540-9683
Facsimile: (510) 540-9685

Attorneys for Plaintiff
DEANNA J. FREITAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA J. FREITAG,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　Defendants. | CASE NO. C-00-2278 TEH<br><br>**PLAINTIFFS' NOTICE OF AND MOTION FOR AN ORDER ON REMANDED ISSUES**<br><br>**Date:　　June 4, 2007**<br>**Time:　　10:00 am**<br>**Courtroom: 12, 19th Floor**<br>**Hon. Thelton E. Henderson** |

**TO:　　DEFENDANTS AND THEIR ATTORNEYS OF RECORD**:

　　**PLEASE TAKE NOTICE** that, on June 4, 2007, at 10:00 am, or as soon thereafter as

-1-
Notice of and Motion for an Order on Remanded Issues
Freitag v. Ayers: C-0012278 TEH

this matter may be heard, in Courtroom 12 of the above-referenced Court, Pursuant to the Order of the Court of April 17, 2007, Plaintiff Deanna Freitag, by her undersigned attorneys, will and hereby does move for an order ruling in her favor on the issues remanded by the Ninth Circuit for decision by the Court.

This motion is based upon this Notice and Motion, together with the accompanying Memorandum on Remanded Issues and the declaration of Deanna Freitag, served and filed herewith.

Respectfully submitted,

Dated: April 23, 2007         PRICE AND ASSOCIATES

/s/
PAMELA Y. PRICE

/s/
JOHN L. BURRIS,

/s/
CHARLES STEPHEN RALSTON,

Attorneys for Plaintiff DEANNA FREITAG

-2-
Notice of and Motion for an Order on Remanded Issues
Freitag v. Ayers: C-0012278 TEH