1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional law Corporation
   1611 Telegraph Avenue, Ste. 1450
3  Oakland, CA 94612
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625

5  JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
   Law Offices of John L. Burris
6  7677 Oakport Street, suite 1120
   Oakland, CA 94621
7  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
8
   CHARLES STEPHEN RALSTON, ESQ. (STATE BAR NO. 34111)
9  Attorney at Law
   2421 Valley Street
10 Berkeley, CA 94702
   Telephone: (510) 540-9683
11 Facsimile: (510) 540-9685

12 Attorneys for Plaintiff
   DEANNA J. FREITAG
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

16 | DEANNA J. FREITAG |
17 |         Plaintiff, |                 CASE NO. C-00-2278 TEH
18 | v. |
                                         **[PROPOSED] ORDER
19 | CALIFORNIA DEPARTMENT OF             GRANTING PLAINTIFF'S
     CORRECTIONS, et al., |               MOTION FOR AN ORDER ON
20 |         Defendants. |                REMANDED ISSUES**

21                                       **Date:    June 4, 2007
                                         Time:    10:00 am
22                                       Courtroom: 12, 19th Floor
                                         Hon. Thelton E. Henderson**
23

24

25      This matter came before the Court on a regularly calendared basis on June 4, 2007, on

26 Plaintiff's Motion for an Order on Remanded Issues brought pursuant to the order of this Court

27
                                         -1-
28    *[Proposed]* Order Granting Plaintiff's Motion for an Order on Remanded Issues
                        Freitag v. Ayers: C-00-2278 TEH

entered on April 16, 2007. Both plaintiff and defendants were present and represented by counsel.

Having considered all of the papers submitted on and in opposition to said motion, together with the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

That the Motion is GRANTED:

The Court holds:

1. The letter to Director Terhune was protected by the First Amendment to the Constitution of the United States;

2. The jury instructions in this case were harmless error;

3. The defendants, Roberts J. Ayers, Jr., and Teresa Schwarts, are not entitled to the defense of qualified immunity;

4. The judgments entered heretofore in favor of the plaintiff as to defendants Ayers and Schwartz shall stand in their entirety, including the award of damages and attorneys' fees.

DATED: _____, 2007

_____
**HON. THELTON E. HENDERSON**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**