1  PRICE AND ASSOCIATES
     PAMELA Y. PRICE (SBN 107713)
2    1611 Telegraph Avenue, Suite 1450
     Oakland CA 94612
3    Telephone: 510.452.0292
     Telefax:    510.452.5625
4    E-Mail:     pypesq@aol.com
   LAW OFFICES OF JOHN L. BURRIS
5    JOHN L. BURRIS (SBN 069888)
   CHARLES STEPHEN RALSTON (SBN 034111)
6
   Attorneys for Plaintiff DEANNA L. FREITAG
7
   EDMUND G. BROWN JR.
8    Attorney General of the State of California
   JACOB A. APPELSMITH
9    Senior Assistant Attorney General
   VINCENT J. SCALLY, JR. (SBN 058223)
10   Supervising Deputy Attorney General
   KATHRYN ALLEN (SBN 137685)
11   Deputy Attorney General
   LYN HARLAN (SBN 171471)
12   Deputy Attorney General
   RICHARD L. MANFORD (SBN 051092)
13   Deputy Attorney General
     1300 I Street, Suite 125, Sacramento CA 95814 (delivery)
14   P.O. Box 944255, Sacramento CA  94244-2550 (mail)
     Telephone: 916.324.5367
15   Telefax:    916.322.4483 or 916.324.5567
     E-Mail:     dick.manford@doj.ca.gov
16
   Attorneys for Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND
17 REHABILITATION, ROBERT L. AYERS, JR., AND TERESA A. SCHWARTZ

18               UNITED STATES DISTRICT COURT

19     NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

20 DEANNA L. FREITAG,                )   No. C00-2278-TEH
                                     )
21                       Plaintiff,  )   STIPULATION, AGREEMENT, AND
                                     )   REQUEST FOR ORDER AWARDING
22          vs.                      )   INTERIM ATTORNEYS' FEES AND
                                     )   COSTS ATTRIBUTABLE TO PLAINTIFF'S
23 CALIFORNIA   DEPARTMENT    OF)         CLAIMS UNDER TITLE VII
   CORRECTIONS, et al.,             )
24                                   )
                        Defendants.  )
25 _____)

26        Come now Plaintiff DEANNA FREITAG and Defendants CALIFORNIA

27 DEPARTMENT OF CORRECTIONS AND REHABILITATION, ROBERT L. AYERS,

28                             / / /

                               1
   Stipulation for Order re InterimFees & Costs *Freitag v. CA Dept. of Corrections* (C00-2278 TEH)

1   JR., AND TERESA A. SCHWARTZ who, by and through their respective counsel of record,

2   stipulate, agree, and request, as follows:

3                                  RECITALS

4             1.   On March 02, 2007, plaintiff filed a motion for an award of interim

5   attorneys' fees and costs.  The defendants filed an opposition thereto on March 26, and

6   plaintiff filed her reply on April 02.

7             2.   A hearing was held on the motion on April 16.  The court granted the

8   motion, but found that plaintiff's papers did not sufficiently support the amount of her

9   request.  The court therefore ordered the parties to meet and confer with a view toward

10  reaching agreement as to an amount of interim attorneys' fees attributable to plaintiff's Title

11  VII verdicts.  The court also set a briefing schedule to be met in the event that the parties

12  could not so agree.

13            3.   The parties met and conferred by conference calls on April 18 and 19, 2007,

14  and have reached agreement in the premises for payment.  The parties understand, however,

15  that the defendants cannot guarantee payment by a date certain because (a) they must have

16  in hand a signed court order directing such payment because the funds necessary to make

17  payment are locked in a Special Deposit Fund, and (a) such payment involves another state

18  agency, namely the State Controller's Office which actually issues the check.

19            Now, and therefore, the parties stipulate, agree, and request, as follows:

20            STIPULATION, AGREEMENT, AND REQUEST

21            A.   The defendants will pay to Price and Associates as trustee for Deanna

22  Freitag the sum of $500,000.00 as and for interim attorneys' fees attributable to plaintiff's

23  Title VII verdicts through the fee award order of October 17, 2003, and plaintiff agrees to

24  accept such payment for such purpose, without prejudice to her claim for an amount of further

25  fees as awarded by the court on October 17, 2003, on November 19, 2003, and fees that have

26  been incurred since September 30, 2003 and which may be awarded by the court upon entry

27  of final judgment or as agreed to by the parties.

28                                  / / /

                                     2

1    B.  The defendants will pay to Price and Associates the sum of $93,500.00,

2    which represents 100% of statutory costs per Bill of Costs filed May 19, 2003, and non-

3    statutory costs awarded by order of October 17, 2003;

4    C.  The payments to be made hereunder are and will be creditable toward any

5    and all future liabilities and obligations that the defendants, or any of them, may have to

6    plaintiff in this action.

7    D.  Upon receipt of an endorsed copy of the court's below order, the defendants

8    and their counsel will do everything within their power and ability to ensure that the required

9    payments are processed and issued as expeditiously as possible, giving the same the highest

10   priority.

11   E.  The parties jointly request that the court sign the below order, and vacate

12   the briefing schedule relative to the subject motion.

13         Dated:  April ___, 2007

14                                     PRICE AND ASSOCIATES
                                        PAMELA Y. PRICE
15                                     LAW OFFICES OF JOHN L. BURRIS
                                        JOHN L. BURRIS
16                                     CHARLES STEPHEN RALSTON

17
                              by:      /s/ Pamela Y. Price
18                                          PAMELA Y. PRICE

19                                     Attorneys for Plaintiff DEANNA L. FREITAG

20                                          / / /

21                                          / / /

22                                          / / /

23                                          / / /

24                                          / / /

25                                          / / /

26                                          / / /

27                                          / / /

28                                          / / /

3

Stipulation for Order re InterimFees & Costs *Freitag v. CA Dept. of Corrections* (C00-2278 TEH)

1    Dated:  April 23, 2007

2                                                EDMUND G. BROWN JR.
                                                    Attorney General of the State of California
3                                                JACOB A. APPELSMITH
                                                    Senior Assistant Attorney General
4                                                VINCENT J. SCALLY, JR.
                                                    Supervising Deputy Attorney General
5                                                KATHRYN ALLEN
                                                    Deputy Attorney General
6                                                LYN HARLAN
                                                    Deputy Attorney General
7

8

9                                 by:      /s/ Kathryn Allen for

10                                               RICHARD L. MANFORD
                                                    Deputy Attorney General
11
                                                 Attorneys   for   Defendants   CALIFORNIA
12                                               DEPARTMENT   OF   CORRECTIONS   AND
                                                 REHABILITATION, ROBERT L. AYERS, JR.,
13                                               and TERESA SCHWARTZ

14
                                                 ORDER
15
             The court having read and considered the foregoing Stipulation, and GOOD
16
CAUSE APPEARING THEREFOR,
17
             IT IS HEREBY ORDERED that the defendants shall make the payments as
18
above described as expeditiously as possible, assigning their highest priority to the same, and
19
that the briefing schedule previously established relative to the subject motion shall be, and
20
hereby is, VACATED.
21
             DATED:  April ___, 2007
22

23

24

25    _____
                          THELTON E. HENDERSON
26                        United States District Judge

27

28

_____        4        _____
Stipulation for Order re InterimFees & Costs *Freitag v. CA Dept. of Corrections* (C00-2278 TEH)