1  PRICE AND ASSOCIATES
   PAMELA Y. PRICE (SBN 107713)
2    1611 Telegraph Avenue, Suite 1450
   Oakland CA 94612
3    Telephone: 510.452.0292
   Telefax:    510.452.5625
4    E-Mail:     pypesq@aol.com
LAW OFFICES OF JOHN L. BURRIS
5    JOHN L. BURRIS (SBN 069888)
CHARLES STEPHEN RALSTON (SBN 034111)
6
Attorneys for Plaintiff DEANNA L. FREITAG
7
EDMUND G. BROWN JR.
8    Attorney General of the State of California
JACOB A. APPELSMITH
9    Senior Assistant Attorney General
VINCENT J. SCALLY, JR. (SBN 058223)
10   Supervising Deputy Attorney General
KATHRYN ALLEN (SBN 137685)
11   Deputy Attorney General
LYN HARLAN (SBN 171471)
12   Deputy Attorney General
RICHARD L. MANFORD (SBN 051092)
13   Deputy Attorney General
   1300 I Street, Suite 125, Sacramento CA 95814 (delivery)
14   P.O. Box 944255, Sacramento CA  94244-2550 (mail)
   Telephone: 916.324.5367
15   Telefax:    916.322.4483 or 916.324.5567
   E-Mail:     dick.manford@doj.ca.gov
16
Attorneys for Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND
17 REHABILITATION, ROBERT L. AYERS, JR., AND TERESA A. SCHWARTZ

18               UNITED STATES DISTRICT COURT

19      NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| 20  DEANNA L. FREITAG, | ) | No. C00-2278-TEH |
| 21               Plaintiff, | ) ) | STIPULATION, AGREEMENT, AND REQUEST FOR ORDER AWARDING |
| 22        vs. | ) ) | INTERIM ATTORNEYS' FEES AND COSTS ATTRIBUTABLE TO PLAINTIFF'S |
| 23  CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) ) | CLAIMS UNDER TITLE VII |
| 24              Defendants. | ) ) | |
| 25 | ) | |

26       Come now Plaintiff DEANNA FREITAG and Defendants CALIFORNIA

27 DEPARTMENT OF CORRECTIONS AND REHABILITATION, ROBERT L. AYERS,

28                    */ / /*

                           1

JR., AND TERESA A. SCHWARTZ who, by and through their respective counsel of record, stipulate, agree, and request, as follows:

<u>RECITALS</u>

1.   On March 02, 2007, plaintiff filed a motion for an award of interim attorneys' fees and costs.  The defendants filed an opposition thereto on March 26, and plaintiff filed her reply on April 02.

2.   A hearing was held on the motion on April 16.  The court granted the motion, but found that plaintiff's papers did not sufficiently support the amount of her request.  The court therefore ordered the parties to meet and confer with a view toward reaching agreement as to an amount of interim attorneys' fees attributable to plaintiff's Title VII verdicts.  The court also set a briefing schedule to be met in the event that the parties could not so agree.

3.   The parties met and conferred by conference calls on April 18 and 19, 2007, and have reached agreement in the premises for payment.  The parties understand, however, that the defendants cannot guarantee payment by a date certain because (a) they must have in hand a signed court order directing such payment because the funds necessary to make payment are locked in a Special Deposit Fund, and (b) such payment involves another state agency, namely the State Controller's Office which actually issues the check.

Now, and therefore, the parties stipulate, agree, and request, as follows:

<u>STIPULATION, AGREEMENT, AND REQUEST</u>

A.   The defendants will pay to Price and Associates as trustee for Deanna Freitag the sum of $500,000.00 as and for interim attorneys' fees attributable to plaintiff's Title VII verdicts through the fee award order of October 17, 2003, and plaintiff agrees to accept such payment for such purpose, without prejudice to her claim for an amount of further fees as awarded by the court on October 17, 2003, on November 19, 2003, and fees that have been incurred since September 30, 2003 and which may be awarded by the court upon entry of final judgment or as agreed to by the parties.

/ / /

1       B.  The defendants will pay to Price and Associates the sum of $93,500.00,

2  which represents 100% of statutory costs per Bill of Costs filed May 19, 2003, and non-

3  statutory costs awarded by order of October 17, 2003;

4       C.  The payments to be made hereunder are and will be creditable toward any

5  and all future liabilities and obligations that the defendants, or any of them, may have to

6  plaintiff in this action.

7       D.  Upon receipt of an endorsed copy of the court's below order, the defendants

8  and their counsel will do everything within their power and ability to ensure that the required

9  payments are processed and issued as expeditiously as possible, giving the same the highest

10  priority.

11       E.  The parties jointly request that the court sign the below order, and vacate

12  the briefing schedule relative to the subject motion.

13       Dated:  April ___, 2007

14                       PRICE AND ASSOCIATES
                             PAMELA Y. PRICE

15                       LAW OFFICES OF JOHN L. BURRIS
                             JOHN L. BURRIS

16                       CHARLES STEPHEN RALSTON

17

18              by:    /s/ Pamela Y. Price
                         PAMELA Y. PRICE

19                     Attorneys for Plaintiff DEANNA L. FREITAG

20                     */ / /*

21                     */ / /*

22                     */ / /*

23                     */ / /*

24                     */ / /*

25                     */ / /*

26                     */ / /*

27                     */ / /*

28                     */ / /*

Stipulation for Order re InterimFees & Costs *Freitag v. CA Dept. of Corrections* (C00-2278 TEH)

1    Dated:  April 23, 2007

2                                      EDMUND G. BROWN JR.
                                         Attorney General of the State of California
3                                      JACOB A. APPELSMITH
                                         Senior Assistant Attorney General
4                                      VINCENT J. SCALLY, JR.
                                         Supervising Deputy Attorney General
5                                      KATHRYN ALLEN
                                         Deputy Attorney General
6                                      LYN HARLAN
                                         Deputy Attorney General

7

8

9                      by:      /s/ Kathryn Allen for_____

10                                     RICHARD L. MANFORD
                                         Deputy Attorney General
11
                                       Attorneys  for  Defendants  CALIFORNIA
12                                     DEPARTMENT  OF  CORRECTIONS  AND
                                       REHABILITATION, ROBERT L. AYERS, JR.,
13                                     and TERESA SCHWARTZ

14                                     ORDER

15          The court having read and considered the foregoing Stipulation, and GOOD

16   CAUSE APPEARING THEREFOR,

17          IT IS HEREBY ORDERED that the defendants shall make the payments as

18   above described as expeditiously as possible, assigning their highest priority to the same, and

19   that the briefing schedule previously established relative to the subject motion shall be, and

20   hereby is, VACATED.

21          DATED:  April 25, 2007

22

23

24

25   _____
     THELTON E. HEN...

26   United States Distri...

27

28
                                     4