1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | JACOB A. APPELSMITH
Senior Assistant Attorney General
3 | VINCENT J. SCALLY, JR., State Bar No. 058223
Supervising Deputy Attorney General
4 | RICHARD L. MANFORD, State Bar No. 051092
Deputy Attorney General
5 | KATHRYN ALLEN, State Bar No. 137685
Deputy Attorney General
6 | LYN HARLAN, State Bar No. 171471
Deputy Attorney General
7 | 1300 I Street, Suite 125
P.O. Box 944255
8 | Sacramento, CA 94244-2550
Telephone: (916) 324-5468
9 | Fax: (916) 324-5567

10 | Attorneys for Defendants Robert L. Ayers, Jr. and
Teresa A. Schwartz

ORIGINAL FILED

JUN 28 AM 9:04

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEANNA L. FREITAG,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ROBERT L. AYERS, JR., and TERESA A. SCHWARTZ,<br><br>    Defendants. | Case No.: C-00-2278 TEH<br><br>**NOTICE OF APPEAL FROM ORDER GRANTING PLAINTIFF'S MOTION RE: REMANDED ISSUES**<br>**ORDER ENTERED JUNE 6, 2007** |

**NOTICE IS HEREBY GIVEN THAT** defendants, Robert L. Ayers, Jr. and Teresa A. Schwartz, and each of them, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order of this Court granting plaintiff's motion regarding remanded issues, which order was entered against defendants in the above-captioned proceeding on June 6, 2007.

Pursuant to the Federal Rules of Appellate Procedure and Ninth Circuit Rules, defendants' Civil Appeals Docketing Statement is filed concurrently herewith. Fed.R.App.P. 25;

1. 9th Cir. Rule 3-4. A true and correct copy of the appealed-from order is attached thereto as
2. Exhibit A and incorporated herein by this reference.
3.       Pursuant to the Federal Rules of Appellate Procedure and Ninth Circuit Rules, a true
4. and correct copy of defendants' Representation Statement is attached to defendants' Civil
5. Appeals Docketing Statement as Exhibit B and incorporated herein by this reference.
6. Fed.R.App.P. 12(b); 9th Cir. Rule 3-2(b), 12-2.
7.       Pursuant to the Federal Rules of Appellate Procedure and Ninth Circuit Rules,
8. defendants have ordered a reporter's transcript of the proceedings held on June 4, 2007, at 10:00
9. a.m., in Courtroom 12, and before the Honorable Thelton E. Henderson, during which oral
10. arguments upon plaintiff's motion upon remanded issues were heard and reported. A notice of
11. ordered transcript is filed concurrently herewith. Fed.R.App.P. 10; 9th Cir. Rule 10-3.1(a). True
12. and correct copies of the order for reporter's transcript and fax transmittal sheet are attached
13. thereto as Exhibit A and incorporated herein by this reference.
14.     Dated: June 27, 2007

                Respectfully submitted,

                EDMUND G. BROWN JR.
                Attorney General of the State of California

                JACOB A. APPELSMITH
                Senior Assistant Attorney General

                RICHARD L. MANFORD
                Deputy Attorney General

                KATHRYN ALLEN
                Deputy Attorney General

                LYN HARLAN
                Deputy Attorney General

                */s/ Vincent J. Scally, Jr. by Kathryn Allen*
                VINCENT J. SCALLY, JR.
                Supervising Deputy Attorney General
                Attorneys for Defendants Robert L. Ayers, Jr. and Teresa A. Schwartz

10353095.wpd
SA2000CV1993

Defendants' Notice of Appeal from Order on Remand                 Freitag v. CDCR, et al.
                                              C-00-2278 TEH

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Freitag v. CDCR, et al.**

Case No.: **C-00-2278 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 27, 2007, I served the attached **NOTICE OF APPEAL FROM ORDER GRANTING PLAINTIFF'S MOTION RE: REMANDED ISSUES ORDER ENTERED JUNE 6, 2007** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pamela Y. Price, Esq.
Price and Associates
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Attorney for Plaintiff

Charles Stephen Ralston, Esq.
3188 County Route 9
East Chatham, NY 12060
Attorney for Plaintiff

John L. Burris, Esq.
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Attorney for Plaintiff

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 27, 2007, at Sacramento, California.

Patty Conway
Declarant

*[Signature]*
Signature

10353277.wpd