| | |
|---|---|
| PAMELA Y. PRICE, ESQ. (SBN. 107713)<br>PRICE AND ASSOCIATES<br>A Professional law Corporation<br>1611 Telegraph Avenue, Ste. 1450<br>Oakland, CA 94612<br>Telephone: (510) 452-0292<br>Facsimile: (510) 452-5625<br>E-mail:   pypesq@aol.com | CHARLES STEPHEN RALSTON (SBN 34111)<br>3188 County Route 9<br>East Chatham, NY 12606<br><br>Telephone:  (518) 392-2142<br>Facsimile:   (518) 751-1654<br>E-mail:        csralston@gmail.com |

JOHN L. BURRIS, ESQ. (SBN 69888)
Law Offices of John L. Burris
7677 Oakport Street, suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Attorneys for Plaintiff

EDMUND G. BROWN, JR.
   Attorney General of the State of California
JACOB A. APPELSMITH
   Senior Assistant Attorney General
VINCENT J. SCALLY, JR. (SBN 058223)
   Supervising Deputy Attorney General
KATHRYN ALLEN (SBN 137685)
   Deputy Attorney General
LYN HARLAN
   Deputy Attorney General
RICHARD L. MANFORD (SBN 051092)
   Deputy Attorney General
   1300 I Street, Suite 125, Sacramento CA 95814 (delivery)
   P.O. Box 944255, Sacramento CA 94244-2550 (mail)
   Telephone: 916-324-5367
   Telefax:    916-322-4483 or 916-324-5567
   E-Mail:    dick.manford@doj.ca.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA L. FREITAG<br><br>                    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>                    Defendants. | CASE NO. C-00-2278 TEH<br><br>[~~PROPOSED~~] **ORDER FOR<br>FURTHER  JOINT STATUS<br>STATEMENT**<br>**Date:            July 16, 2007**<br><br>**Hon. Thelton E. Henderson** |

-1-
Proposed Order for Further Joint Status Statement: Freitag v. Ayers: C-03-2278 TEH

1  Pursuant to this Court's Order of June 6, 2007, the parties have submitted their Joint
2  Status Statement regarding attempts to resolve the issues remaining in the case, and have
3  requested that they be allowed to file a further Joint Status Statement on or before July 23, 2007,
4  regarding their progress in resolving the question of the amount of supplemental fees and costs..
5  IT HEREBY ORDERED that the parties shall submit a further Joint Status Statement on
6  or before July 23, 2007, regarding progress in resolving the question of the amount of
7  supplemental fees and costs.

8
9  DATED: ____07/18____, 2007



_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA