

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 2 8 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEANNA L. FREITAG,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS; et al.,<br><br>    Defendants,<br><br>    and<br><br>ROBERT J. AYERS, JR.; et al.,<br><br>    Defendants - Appellants. | No. 07-16200<br><br>D.C. No. CV-00-02278-THE<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before:   REINHARDT, NOONAN and HAWKINS, Circuit Judges.

The court has received the motion requesting assignment of this appeal to the panel that decided *Freitag v. Ayers et al.*, 468 F.3d 528 (9th Cir. 2006). The motion is granted.

This court's August 27, 2007 order expediting this appeal is vacated. This appeal shall be heard in the ordinary course. The previously established briefing schedule remains in effect.