**FILED**

UNITED STATES COURT OF APPEALS

MAY 02 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEANNA L. FREITAG, | No. 07-16200 |
| Plaintiff - Appellee, | D.C. No. CV-00-02278-THE |
| | Northern District of California, |
| v. | San Francisco |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ORDER |
| Defendant, | |
| DAVID A. CARMICHAEL; et al., | |
| Defendants, | |
| and | |
| ROBERT J. AYERS, Jr.; et al., | |
| Defendants - Appellants. | |

**FILED**

MAY - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Before: REINHARDT, NOONAN, and HAWKINS, Circuit Judges.

Appellee's motion to transfer consideration of attorneys' fees to the district court is

GRANTED.