IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANNA L. FREITAG,

        Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.

NO. C00-2278 TEH

ORDER RE: ATTORNEYS' FEES

    On April 11, 2008, the United States Court of Appeals for the Ninth Circuit affirmed this Court's June 6, 2007 order following remand. Defendants' petitions for rehearing and rehearing en banc were denied on June 13, 2008, and the mandate issued on July 16, 2008. In addition, on May 5, 2008, the Ninth Circuit entered an order transferring consideration of attorneys' fees to this Court.

    It is now HEREBY ORDERED that the parties shall meet and confer in an attempt to resolve informally Plaintiff's request for attorneys' fees. If the parties are able to reach agreement, they shall promptly notify this Court in writing. If the parties are unable to reach agreement, Plaintiff shall file a motion for attorneys' fees on or before **September 1, 2008.** Such motion shall be referred to Magistrate Judge Bernard Zimmerman for a report and recommendation to this Court.

**IT IS SO ORDERED.**

Dated: 07/25/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT