| | |
|---|---|
| PAMELA Y. PRICE, ESQ. (SBN. 107713)<br>PRICE AND ASSOCIATES<br>A Professional law Corporation<br>1611 Telegraph Avenue, Ste. 1450<br>Oakland, CA 94612<br>Telephone: (510) 452-0292<br>Facsimile: (510) 452-5625<br>E-mail:    pypesq@aol.com | CHARLES STEPHEN RALSTON (SBN 34111)<br>3188 County Route 9<br>East Chatham, NY 12606<br>Telephone:   (518) 392-2142<br>Facsimile:   (518) 751-1654<br>E-mail:      csralston@gmail.com |

JOHN L. BURRIS, ESQ. (SBN 69888)
Law Offices of John L. Burris
7677 Oakport Street, suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-mail:    john.burris@johnburrislaw.com
Attorneys for Plaintiff

EDMUND G. BROWN, JR.
   Attorney General of the State of California
JACOB A. APPELSMITH
   Senior Assistant Attorney General
VINCENT J. SCALLY, JR. (SBN 058223)
   Supervising Deputy Attorney General
KATHRYN ALLEN (SBN 137685)
   Deputy Attorney General
LYN HARLAN (SBN 1714710
   Deputy Attorney General
   1300 I Street, Suite 125, Sacramento CA 95814 (delivery)
   P.O. Box 944255, Sacramento CA 94244-2550 (mail)
   Telephone: 916-324-5468
   Telefax:    916-324-5567
   E-Mail:     Vincent.Scally@doj.ca.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA L. FREITAG,<br><br>               Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>               Defendants. | CASE NO. C-00-2278 TEH<br><br>**STIPULATION TO A CONTINUANCE OF THE DATE FOR FILING MOTION FOR SUPPLEMENTAL ATTORNEYS' FEES AND COSTS** |

The parties, by undersigned counsel and subject to the approval of the Court, stipulate to

-1-
Stipulation to Continuance of Date for Filing Fees Motion: Freitag v. Ayers: C-03-2278 TEH

a continuance of the date for filing Plaintiff's Motion for Supplemental Attorneys' Fees and Costs from its current due date of September 1, 2008, until September 15, 2008. In support thereof they would show the following:

1. By order of the Court dated August 1, 2008, the parties were ordered to meet and confer in an attempt to resolve informally Plaintiff's request for attorneys' fees and for the Plaintiff to file a motion for attorneys' fees on or before September 1, 2008, if the parties were unable to reach agreement.

2. The parties are in the process of conferring. Plaintiff has submitted to Defendants' counsel her detailed request for fees and costs with supporting documentation, and Defendants' counsel has responded and has asked for and is awaiting authority from the appropriate agencies of the State of California to make a counter-proposal. Although the parties are currently significantly apart, they believe that further discussions may be useful.

3. In addition, two of Plaintiff's counsel, Pamelay Y. Price, Esq., and John L. Burris, Esq., are in Denver, Colorado, for the Democratic National Convention and will not return until the end of this week, thus making it difficult to complete the filing of a motion by September 1.

WHEREFORE: The parties stipulate to a continuance of the date for filing Plaintiff's Motion for Attorneys Fees and Costs, until on or before **September 15, 2008**.

Respectfully submitted,

August 25, 2008

         s/
CHARLES STEPHEN RALSTON
Attorney for Plaintiff

.

         s/
VINCENT J. SCALLY, JR.
Attorney for Defendants

**IT IS SO ORDERED:**

Dated: _____08/26_____, 2008



_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

-3-
Stipulation to Continuance of Date for Filing Fees Motion: Freitag v. Ayers: C-03-2278 TEH