UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA L. FREITAG, | ) |
| | ) |
| Plaintiff, | ) No.   C00-2278 TEH (BZ) |
| | ) |
| v. | ) |
| | ) **SCHEDULING ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendant. | ) |

Plaintiff's Motion For an Award of Supplemental Attorney's Fees and Costs having been referred to me for report and recommendation, **IT IS HEREBY ORDERED** that an opposition shall be filed by **October 15, 2008**. Any reply shall be filed by **October 29, 2008**.

Dated:  September 17, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\FREITAG\SCHEDULING ORDER.wpd

1