IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA L. FREITAG, | No. C-00-2278 TEH (MEJ) |
| Plaintiff(s), | NOTICE AND ORDER OF FURTHER SETTLEMENT CONFERENCE |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et, al., | |
| Defendant(s).           / | |

TO ALL PARTIES and their Attorneys of Record:

PLEASE TAKE NOTICE that this case has been referred for a Further Settlement Conference before Magistrate Judge Maria-Elena James. The Settlement Conference shall take place on **April 28, 2009 at 10:00 a .m. in Judge James' <u>chambers</u>**, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. **The parties shall immediately notify the Court if this matter settles or is dismissed before the settlement conference date.** On the date of the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival. The parties shall notify the Court if the matter has settled or been dismissed before the date of the conference.

Settlement Conference statements shall be submitted in accordance with Magistrate Judge

James' <u>STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES</u>, a copy of which is enclosed herewith.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

IT IS SO ORDERED.

Dated: January 26, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

2