IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANNA L. FREITAG,

        Plaintiff,

        v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.

NO. C00-2278 TEH

ORDER RE: INJUNCTIVE RELIEF

Following review of the parties' June 29, 2009 joint status statement, the Court now orders the following:

1. The injunctive relief in this case shall remain in full effect unless and until the Court otherwise orders. The Court will not so order unless good cause exists following a motion by one or more parties. If Defendants seek to terminate the injunction or modify it such that counsel's participation in monitoring shall be disallowed, they shall file an appropriate motion requesting such relief.

2. As long as the injunction remains in place unmodified, Plaintiffs shall be entitled to recover reasonable attorneys' fees pursuant to the procedure agreed upon by the parties and set forth on page 2 of their June 29, 2009 joint statement.

**IT IS SO ORDERED.**

Dated: 07/02/09

/s/ Thelton E. Henderson

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT