IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANNA L. FREITAG,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

NO. C00-2278 TEH

ORDER RE: SETTLEMENT OF PLAINTIFFS' SEPTEMBER 15, 2008 MOTION FOR ATTORNEYS' FEES

On January 12, 2009, this Court referred Plaintiffs' September 15, 2008 motion for attorneys' fees, including the parties' objections to the Honorable Bernard Zimmerman's December 8, 2008 report and recommendation, to the Honorable Maria-Elena James for a mandatory settlement conference. Judge James subsequently held several settlement conferences with the parties.

Following the July 30, 2009 settlement conference, Judge James reported that the case settled, and that the parties stated that they could resolve minimal differences within one week. More than one week has now passed.

Accordingly, the Court presumes that the parties have resolved their differences. Plaintiffs' motion and the parties' objections to Judge Zimmerman's report and recommendation shall therefore be deemed resolved unless the parties notify the Court to the contrary on or before **August 24, 2009.**

**IT IS SO ORDERED.**

Dated: 08/12/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT