IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANNA L. FREITAG,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

NO. C00-2278 TEH

<u>SECOND ORDER RE: SETTLEMENT OF PLAINTIFFS' SEPTEMBER 15, 2008 MOTION FOR ATTORNEYS' FEES</u>

The court is in receipt of Plaintiffs' August 19, 2009 letter. With good cause appearing, IT IS HEREBY ORDERED that counsel shall notify the Court as soon as payment on the settlement of Plaintiffs' September 15, 2008 motion for attorneys' fees has been made. Such notification shall be filed on or before **September 28, 2009**. If payment has not yet been made by that date, the parties shall file a joint statement explaining the reasons for delay and their proposals for moving forward.

**IT IS SO ORDERED.**

Dated: 8/24/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT