| | |
|---|---|
| PAMELA Y. PRICE, ESQ. (SBN. 107713) | CHARLES STEPHEN RALSTON (SBN 34111) |
| PRICE AND ASSOCIATES | PO Box 713 |
| A Professional law Corporation | Twain Harte, CA 95383 |
| 1611 Telegraph Avenue, Ste. 1450 | Telephone: (209) 586-2370 |
| Oakland, CA 94612 | Facsimile: (209) 729-5800 |
| Telephone: (510) 452-0292 | E-mail: csralston@gmail.com |
| Facsimile: (510) 452-5625 | |
| E-mail: pypesq@aol.com | |

JOHN L. BURRIS, ESQ. (SBN 69888)
Law Offices of John L. Burris
7677 Oakport Street, suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-mail: john.burris@johnburrislaw.com
Attorneys for Plaintiff

EDMUND G. BROWN, JR.
   Attorney General of the State of California
VINCENT J. SCALLY, JR. (SBN 058223)
   Supervising Deputy Attorney General
KATHRYN ALLEN (SBN 137685)
   Deputy Attorney General
LYN HARLAN (SBN 1714710)
   Deputy Attorney General
   1300 I Street, Suite 125, Sacramento CA 95814 (delivery)
   P.O. Box 944255, Sacramento CA 94244-2550 (mail)
   Telephone: 916-324-5468
   Telefax: 916-324-5567
   E-Mail: Vincent.Scally@doj.ca.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA L. FREITAG,<br><br>                Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendants. | CASE NO. C-00-2278 TEH<br><br>**STIPULATION PURSUANT TO FEES SETTLEMENT AGREEMENT**<br><br>**HON. THELTON E. HENDERSON** |

    The parties, by undersigned counsel, submit this Stipulation pursuant to the Settlement Agreement regarding Plaintiff's Motion for Attorneys' Fees filed September 15, 2008.

-1-
Stipulation Pursuant to Fees Settlement Agreement: Freitag v. Ayers: C-03-2278 TEH

1. The payment provided for in the Settlement Agreement entered into on or about August 3, 2009, was received by plaintiff's counsel on September 29, 2009.

2. Pursuant to Paragraph 1 of the Settlement Agreement, plaintiff agreed to dismiss the Motion for Attorneys' Fees that was filed on September 15, 2008, that was the subject of the Settlement Agreement.

3. Further, in light of the Order of the Court dated August 12, 2009, the parties agree that the parties' objections to Judge Bernard Zimmerman's Report and Recommendation entered on December 8, 2008, have been resolved.

WHEREFORE, the parties stipulate to the dismissal of the September 15, 2008, Motion for Attorneys' fees and to the dismissal of the parties' respective objections to Judge Zimmerman's Report and Recommendation.

Respectfully submitted,

DATED: October 6, 2009             PRICE AND ASSOCIATES

                                   _____/s/_____
                                   PAMELA Y. PRICE, Attorney for Plaintiff
                                   DEANNA L. FREITAG

                                   _____/s/_____
                                   JOHN L. BURRIS
                                   Attorney for Plaintiff DEANNA L. FREITAG

                                   _____/s/_____
                                   CHARLES STEPHEN RALSTON, Attorney for
                                   Plaintiff DEANNA L. FREITAG


DATED: October 6, 2009             EDMUND G. BROWN, JR.
                                   Attorney General of the State of California

                                   _____/s/_____
                                   VINCENT J. SCALLY, JR.
                                   Supervising Deputy Attorney General

                                   KATHRYN ALLEN
                                   Deputy Attorney General

LYN HARLAN
Deputy Attorney General

Attorneys for Defendants
CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 10/07 , 2009



 **HON. THELTON E. HENDERSON**
 **UNITED STATES DISTRICT JUDGE**
 **NORTHERN DISTRICT OF CALIFORNIA**