IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANNA L. FREITAG,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

NO. C00-2278 TEH

ORDER CLOSING CASE

    With judgment having been entered and affirmed on appeal following remand, and the Court finding no reason to maintain this case as an open file, the Clerk is instructed to close the file. This administrative closure does not affect the injunctive relief that has been ordered by the Court, nor does it affect the Court's July 2, 2009 order concerning such relief.

**IT IS SO ORDERED.**

Dated: 03/09/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT