IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANNA L. FREITAG,

           Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

           Defendants.

NO. C00-2278 TEH

ORDER REFERRING MOTION TO MAGISTRATE JUDGE

This matter is before the Court on Plaintiffs' motion for supplemental attorneys' fees, filed on November 15, 2010, and now fully briefed. IT IS HEREBY ORDERED that this motion is referred to Magistrate Judge Bernard Zimmerman for a report and recommendation. Accordingly, the December 20, 2010 hearing before this Court is VACATED.

If the parties believe that a settlement conference with a magistrate judge may resolve this matter without need for a report and recommendation, then they may contact this Court's courtroom deputy to request a referral for settlement. Any such request must be made on or before **December 21, 2010.**

**IT IS SO ORDERED.**

Dated: 12/14/10

                                          THELTON E. HENDERSON, JUDGE
                                          UNITED STATES DISTRICT COURT