UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA L. FREITAG,<br><br>       Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>       Defendants.<br>_____/ | No. C-00-2278 TEH (EMC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE**<br><br>**(Docket No. 608)** |

By letter dated March 23, 2011, Plaintiff Deanna L. Freitag requested to be excused from personally appearing at the settlement conference scheduled for April 4, 2011. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance and **GRANTS** Plaintiff's request. If the Court concludes that the absence of Plaintiff Deanna L. Freitag is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

This order disposes of Docket No. 608.

IT IS SO ORDERED.

Dated: March 29, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge