UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEANNA L. FREITAG, )
)
       Plaintiff, ) No. C00-2278 BZ
)
  v. )
) **BRIEFING ORDER**
CALIFORNIA DEPARTMENT OF )
CORRECTIONS, et al., )
)
       Defendant. )
)

    Plaintiff's motion to modify July 2, 2009, Order and Award of Reasonable Attorneys Fees, having been referred to me by Judge Henderson, **IT IS ORDERED** that defendant shall file its opposition by **March 28, 2012.** Plaintiff shall file its reply by **April 4, 2012.** The Court will schedule a hearing if it determines that one is necessary.

Dated: March 16, 2012

                                    Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\FREITAG\BRIEFING ORDER RE R&R OF JULY 2.2009 ORDER.wpd

1