1 | PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
2 | JANE BOND MOORE, ESQ. (STATE BAR NO. 72000)
PRICE AND ASSOCIATES
3 | A Professional Law Corporation
901 Clay Street
4 | Oakland, CA 94607
Telephone: (510) 452-0292
5 | Facsimile: (510) 452-5625

6 | Attorneys for Plaintiff
DEANNA L. FREITAG

8 | KAMALA D. HARRIS
Attorney General of California
9 | LYN HARLAN (STATE BAR NO. 171471)
KATHRYN ALLEN (STATE BAR NO. 137685)
10 | 1515 Clay Street, 20th Floor
P.O. Box 70550
11 | Oakland, CA 94612-0550
Telephone: (510) 622-2208
12 | Facsimile: (510) 622-2270

13 | Attorneys for Defendant CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA L. FREITAG, | CASE NO. 3:00-CV-02278 TEH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO TERMINATE THE INJUNCTION OR, ALTERNATIVELY, TO MODIFY THE INJUNCTION-MONITORING PROCESS** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al | |
| Defendants. | |
| | IT IS SO ORDERED AS MODIFIED |

The parties, by and through their respective counsel of record, hereby stipulate that Defendants' Motion to Terminate the Injunction or, Alternatively, to Modify the Injunction-Monitoring process, and all dates presently set for Plaintiff's opposition, Defendants' reply and the hearing may be moved as set forth below. The basis for this stipulation is that Attorney Pamela Y. Price's father is extremely ill. She is presently with him and her family in Cincinnati, Ohio. Physicians treating Attorney Price's father believe that his condition will continue as very serious for at least another ten (10) days.

Attorney Lyn Harlan and Attorney Jane Moore have conferred about other dates for this motion and have agreed that the following dates are available for all parties: September 10, 2012 for Plaintiff's opposition, September 21, 2012 for Defendants reply. Both parties are available on October 8, 2012 at 10:00 a.m. for the hearing.

Dated: August 14, 2012        /s/ *Jane B. Moore*
                              JANE B. MOORE, Attorney for
                              Plaintiff DEANNA FREITAG

Dated: August 14, 2012        /s/ *Lyn Harlan*
                              LYN HARLAN, Attorney for
                              CALIFORNIA DEPARTMENT OF
                              CORRECTIONS AND
                              REHABILITATION, ET AL

## **ORDER**

Having considered the foregoing stipulation, and good cause appearing, IT IS SO ORDERED. The hearing shall occur on **October 15, 2012, at 10:00 a.m.**

DATE: 08/20/2012

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

1083JBM-P200