1 PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JANE BOND MOORE, ESQ. (STATE BAR NO. 72000)
2 PRICE AND ASSOCIATES
A Professional Law Corporation
3 901 Clay Street
Oakland, CA 94607
4 Telephone: (510) 452-0292
Facsimile:  (510) 452-5625
5
6 Attorneys for Plaintiff
DEANNA L. FREITAG
7

8 KAMALA D. HARRIS
Attorney General of California
9 LYN HARLAN (STATE BAR NO. 171471)
KATHRYN ALLEN (STATE BAR NO. 137685)
10 1515 Clay Street, 20th Floor
P.O. Box 70550
11 Oakland, CA 94612-0550
Telephone: (510) 622-2208
12 Facsimile: (510) 622-2270

13 Attorneys for Defendant CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
14

15

16                        UNITED STATES DISTRICT COURT

17                        NORTHERN DISTRICT OF CALIFORNIA

18

19 DEANNA L. FREITAG,                    )    CASE NO. 3:00-CV-02278 TEH
                                         )
20          Plaintiff,                   )    **STIPULATION AND [~~PROPOSED~~]**
                                         )    **ORDER EXTENDING PLAINTIFF'S**
21 v.                                    )    **TIME TO RESPOND TO**
                                         )    **DEFENDANTS' MOTION TO**
22                                       )    **TERMINATE THE INJUNCTION**
CALIFORNIA DEPARTMENT OF                 )    **OR, ALTERNATIVELY, TO**
23 CORRECTIONS, et al                    )    **MODIFY THE INJUNCTION-**
                                         )    **MONITORING PROCESS**
24          Defendants.                  )
                                         )
25 _____   )

26                                            IT IS SO ORDERED AS MODIFIED

27

28

                                       -1-

1    The parties, by and through their respective counsel of record, hereby stipulate that

2    Defendants' Motion to Terminate the Injunction or, Alternatively, to Modify the Injunction-

3    Monitoring process, and all dates presently set for Plaintiff's opposition, Defendants' reply and the

4    hearing may be moved as set forth below.  The basis for this stipulation is that Attorney Pamela Y.

5    Price's father is extremely ill.  She is presently with him and her family in Cincinnati, Ohio.

6    Physicians treating Attorney Price's father believe that his condition will continue as very serious

7    for at least another ten (10) days.

8        Attorney Lyn Harlan and Attorney Jane Moore have conferred about other dates for this

9    motion and have agreed that the following dates are available for all parties: September 10, 2012

10   for Plaintiff's opposition, September 21, 2012 for Defendants reply.  Both parties are available on

11   October 8, 2012 at 10:00 a.m. for the hearing.

12

13

14   Dated: August 14, 2012              /s/ *Jane B. Moore*
                                         JANE B. MOORE, Attorney for
15                                       Plaintiff DEANNA FREITAG

16

17

18   Dated: August 14, 2012              /s/ *Lyn Harlan*
                                         LYN HARLAN, Attorney for
19                                       CALIFORNIA DEPARTMENT OF
                                         CORRECTIONS AND
20                                       REHABILITATION, ET AL

21

22

23

24

25

26

27

28

-2-

1083JBM-P200

STIPULATION AND PROPOSED ORDER (C00-2278 TEH)

1

2

3

**ORDER**

4

5

Having considered the foregoing stipulation, and good cause appearing, IT IS

SO ORDERED.  The hearing shall occur on **October 15, 2012, at 10:00 a.m.**

6

7

8

9

10

DATE: 08/20/2012

11

12

13

_____

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1083JBM-P200

STIPULATION AND PROPOSED ORDER (C00-2278 TEH)