PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JANE BOND MOORE, ESQ.  (STATE BAR NO. 72000)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA  94607
Telephone: (510) 452-0292
Facsimile   (510) 452-5625
E-mail: pamela.price@pypesq.com

JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
E-mail: john.burris@johnburrislaw.com

Attorneys for Plaintiff
DEANNA L. FREITAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA L. FREITAG,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | NO. C00-2278 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO TERMINATE OR ALTERNATIVELY TO MODIFY THE INJUNCTION-MONITORING PROCESS**<br><br>HON. THELTON E. HENDERSON |

Plaintiff DEANNA L. FREITAG and Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS by and through their respective counsel, hereby stipulate Plaintiff DEANNA FREITAG may file her opposition to Defendant's Motion To Terminate The Freitag Injunction Or, Alternatively Modify the Injunction-Monitoring Process on September 17, 2012, Defendant's reply will be due on September 28 and the hearing continued to October 29, 2012 or as the Court may

1  order.

2      The parties believe that good cause exists for this second stipulation to modify the briefing

3  schedule and change the date of the hearing. Plaintiff's attorneys, Mr. Burris and Ms. Price, have

4  been unable to consult regarding the opposition due to the illness and death of Ms. Price's father

5  requiring her to make multiple trips to Ohio and Mr. Burris' trial schedule. Granting the

6  stipulation will allow this consultation.

7  Dated: September 7, 2012        PRICE AND ASSOCIATES

8

9                  /s/ *Pamela Y. Price*
                PAMELA Y. PRICE, Attorneys for Plaintiff
                DEANNA L. FREITAG

10

11 Dated: September 7, 2012        KAMALA HARRIS
                Attorney General of the State of California

12                 LYN HARLAN
                Deputy Attorney General

13

14                 /s/ *Lyn Harlan*
                Attorneys for Defendant CALIFORNIA

15                 DEPARTMENT OF CORRECTIONS

16

17                           **ORDER**

18     Pursuant to the foregoing Stipulation between the parties, and good cause appearing, **IT IS**

19 **SO ORDERED.**

20

21 Date: 09/10/2012

22                 THELTON
                UNITED STATES DISTRICT COURT

(Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson)