1 PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
JANE BOND MOORE, ESQ. (STATE BAR NO. 72000)
2 PRICE AND ASSOCIATES
A Professional Law Corporation
3 901 Clay Street
Oakland, CA 94607
4 Telephone: (510) 452-0292
Facsimile (510) 452-5625
5 E-mail: pamela.price@pypesq.com

6 JOHN L. BURRIS, ESQ. (STATE BAR NO. 69888)
Law Offices of John L. Burris
7 7677 Oakport Street, Suite 1120
Oakland, CA 94621
8 Telephone: (510) 839-5200
Facsimile: (510) 839-3882
9 E-mail: john.burris@johnburrislaw.com

10 Attorneys for Plaintiff
DEANNA L. FREITAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA L. FREITAG,<br><br>  Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendants. | NO. C00-2278 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO TERMINATE OR ALTERNATIVELY TO MODIFY THE INJUNCTION-MONITORING PROCESS** |

HON. THELTON E. HENDERSON

Plaintiff DEANNA L. FREITAG and Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS by and through their respective counsel, hereby stipulate Plaintiff DEANNA FREITAG may file her opposition to Defendant's Motion To Terminate The Freitag Injunction Or, Alternatively Modify the Injunction-Monitoring Process on September 17, 2012, Defendant's reply will be due on September 28 and the hearing continued to October 29, 2012 or as the Court may

-1-
STIPULATION AND ORDER (C00-2278 TEH)

1083P204JBM

1  order.

2      The parties believe that good cause exists for this second stipulation to modify the briefing
3  schedule and change the date of the hearing.  Plaintiff's attorneys, Mr. Burris and Ms. Price, have
4  been unable to consult regarding the opposition due to the illness and death of Ms. Price's father
5  requiring her to make multiple trips to Ohio and Mr. Burris' trial schedule.  Granting the
6  stipulation will allow this consultation.

7  Dated:  September 7, 2012                PRICE AND ASSOCIATES

                                                           /s/ *Pamela Y. Price*
9                                            PAMELA Y. PRICE, Attorneys for Plaintiff
                                            DEANNA L. FREITAG

11  Dated:  September 7, 2012               KAMALA HARRIS
                                            Attorney General of the State of California
12                                              LYN HARLAN
                                            Deputy Attorney General

                                                           /s/ *Lyn Harlan*
                                            Attorneys for Defendant CALIFORNIA
15                                              DEPARTMENT OF CORRECTIONS

## ORDER

    Pursuant to the foregoing Stipulation between the parties, and good cause appearing, **IT IS SO ORDERED.**

Date:  09/10/2012

                                            THELTON
                                            UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, Judge Thelton E. Henderson, signed]*